*O. D. M. Baker* for appellants.

*R. Baker* for respondent.

DANFORTH, J., reads *mem.* for dismissal of appeal.
All concur.
Appeal dismissed.

---

WILLIAM H. OWENS, Respondent, *v.* HENRY T. CROMWELL, Appellant.

(Argued June 27, 1889; decided October 8, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 9, 1887, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*M. H. Hirschberg* for appellant.

*M. N. Kane* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

MARY McDERMOTT, as Administratrix, etc., Appellant, *v.* THE THIRD AVENUE RAILROAD COMPANY, Respondent.

(Argued June 27, 1889; decided October 8, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 31, 1887, which affirmed a judgment in favor of defendant, entered upon an order of the court on trial dismissing the complaint.

*Edward T. Wood* for appellant.

*William H. Page, Jr.,* for respondent.

Agree to affirm ; no opinion.
All concur, except DANFORTH, J., not voting.
Judgment affirmed.

---

JOHN CHADWICK, Respondent, *v.* DECIMUS R. BURROWS et al.,
Appellants.

(Submitted June 27, 1889; decided October 8, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made October 22, 1886, which modified a judgment in favor
of plaintiff, entered upon a decision on trial at Special Term.

*George Wing* for appellants.

*A. K. Potter* for respondent.

Agree to dismiss appeal on the ground that the judgment
appealed from and the sole matter in controversy, excluding
costs, are less than $500 ; no opinion.
All concur.
Appeal dismissed.

---

JOHN GARVEY, Respondent, *v.* MARGARET OWENS et al.,
Appellants.

(Argued June 27, 1889; decided October 8, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made May 13, 1887, which affirmed a judgment in favor of
plaintiff, entered upon a decision of the court on trial at
Special Term.